**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:25-CR-_____** |
| | : | |
| | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1028A** |
| **ELIZABETH SUE IVESTER** | : | **18 U.S.C. § 1347 (a)(1)(2)** |
| **Defendant** | : | **18 U.S.C. § 1349** |
| | : | |

**The Grand Jury charges that:**

## GENERAL INTRODUCTION

At all times material to this Indictment:

1. Defendant, **ELIZABETH SUE IVESTER**, owned and operated Liberty Medical, Inc. (Liberty Medical) which conducted business in the Middle District of Georgia and elsewhere.

2. Liberty Medical was a durable medical equipment (DME) supplier which operated from in or about March 2002 through at least in or about September 2024.

3. Medicaid is a state administered healthcare program funded jointly by State governments and the United States Department of Health and Human Services, acting through the Centers for Medicare and Medicaid Services. Medicaid provides certain healthcare services for individuals who would not otherwise be able to afford such services. Medicaid is a public plan or contract, affecting interstate commerce, under which medical benefits, items, and services are provided to individuals. Medicaid is a "healthcare benefit program" as defined in Title 18, United States Code, Subsection 24(b).

4. In Georgia, the state agency responsible for the administration of the Medicaid program is the Georgia Department of Community Health (DCH).

5. Individuals who received benefits under Georgia Medicaid are commonly referred to as "beneficiaries" or "recipients."

6. Businesses and individuals who receive reimbursement from Medicaid for items and services rendered to beneficiaries are typically referred to as "providers."

7. To be eligible to submit requests for reimbursement for covered services to Medicaid a provider must first enroll in and be credentialed with Medicaid. As a part of the enrollment process, providers agree to abide by the policies and procedures promulgated by the Georgia Medicaid program and otherwise comply with applicable state and federal laws.

8. Providers bill for services by submitting "claims" to Georgia Medicaid. The claim must identify the date on which services were rendered, the specific services or items provided, and list the identity of the provider rendering the services. The act of submitting a claim for reimbursement requires the provider, and any responsible employee of that provider, to accept responsibility for certifying that the claim is true, complete, and complied with applicable rules, regulations, and laws.

9. Liberty Medical was an enrolled Medicaid provider who was assigned a provider number by DCH.

10. The Healthcare Common Procedure Coding System (HCPCS) is a system of alphanumeric codes used in healthcare billing and reimbursement of medical procedures, supplies and services. The system is divided into two subsets. Pertinent to the events described herein, HCPCS Level II codes are five position alphanumeric codes used for

items, supplies, and non-physician services. The first position is occupied by a letter which indicates the code chapter and serves to group similar items. DME falls within HCPCS codes containing the letter "E" or "K" in the first position.

11. Defendant, **ELIZABETH SUE IVESTER,** was the sole person responsible for submitting Liberty Medical's claims to Georgia Medicaid.

12. According to the Georgia Department of Community Health Part II Policies and Procedures for Durable Medical Equipment, the program reimburses enrolled providers for the purchase or rental of certain medical equipment and accessories, and the purchase of certain supplies for a patient's use in a non-institutional setting (in-home use). The items must be prescribed by the physician treating the condition for which they are prescribed, and generally do not have value to patients in the absence of illness or injury.

13. Funds from DCH were deposited in the Liberty Medical bank account owned and controlled by the Defendant, **ELIZABETH SUE IVESTER**.

**<u>COUNT ONE</u>**
**18 U.S.C. § 1349**
**Conspiracy to Commit Health Care Fraud**

**A.  <u>Introduction</u>**

14. The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

**B.  <u>Conspiracy and Its Objects</u>**

15. Beginning sometime on or before June 13, 2014, and continuing until on or about September 30, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, Defendant,

**ELIZABETH SUE IVESTER,**

16. did knowingly attempt, conspire, and agree with others unknown to the Grand Jury to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud the Georgia Medicaid Program and did obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of the Georgia Medicaid Program in connection with the delivery of and payment for health care services as set forth below.

17. The object of the conspiracy was to submit false and fraudulent claims to Georgia Medicaid for DME supplies never dispensed and for which the claims falsely represented the identity of the ordering/prescribing physician. Thereby, the Defendant, **ELIZABETH SUE IVESTER**, and the unindicted co-conspirators received payments and money from Georgia Medicaid to which they were not entitled.

### C.  Manner and Means of Conspiracy

Defendant, **ELIZABETH SUE IVESTER** and the other co-conspirators unknown to the Grand Jury employed the following manner and means to accomplish the conspiracy charged herein:

18. Beginning on a date unknown, but no later than June 13, 2014, and continuing until September 30, 2022, Defendant, **ELIZABETH SUE IVESTER**, obtained Medicaid recipients' identification numbers from unknown sources including from the unindicted co-conspirators.

19. Defendant, **ELIZABETH SUE IVESTER**, would use the illegally obtained information to submit fraudulent claims to Georgia Medicaid, through its fiscal intermediaries, for DME never supplied to the beneficiaries included on the claims.

20. Defendant, **ELIZABETH SUE IVESTER**, unlawfully and without permission used the identifying provider numbers of Dr. M. L. S. (M.L.S.), whose identity is known to the Grand Jury on the fraudulent claims. The claims included M.L.S. as the ordering provider for the DME despite him never ordering the products and supplies contained in the claims.

21. In submitting fraudulent claims, Defendant, **ELIZABETH SUE IVESTER**, regularly included from four to eleven DME codes for each Medicaid recipient, and each claim identified M.L.S. as the ordering physician.

22. Beginning sometime on and before June 13, 2014, and continuing until on and about September 30, 2022, Defendant, **ELIZABETH SUE IVESTER,** filed at least 77,095 fraudulent DME claims. The chart below shows the HCPCS E or K Code billed, the type of  equipment, which was claimed, the number of fraudulent claims per HCPCS E or K Code, and the total amount received by Defendant as a result of the listed fraudulent claims.

| HCPCS | HCPCS Description | # of Claims | Total Paid |
|---|---|---|---|
| E0246 | TRANSFER TUB RAIL ATTACHMENT | 13,228 | $1,461,622.68 |
| E0271 | MATTRESS INNERSPRING | 6,858 | $1,097,915.38 |
| E0245 | TUB STOOL OR BENCH | 12,952 | $734,727.00 |
| E0241 | BATH TUB WALL RAIL | 13,422 | $444,133.20 |
| E0163 | COMMODE CHAIR WITH FIXED ARM | 4,511 | $397,243.07 |
| E0143 | WALKER FOLDING WHEELED W/O S | 4,456 | $395,962.57 |
| E0244 | TOILET SEAT RAISED | 9,490 | $336,016.90 |
| E0570 | NEBULIZER WITH COMPRESSION | 2,398 | $231,194.00 |
| E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 4,467 | $175,481.43 |
| E0705 | TRANSFER DEVICE | 2,159 | $95,211.90 |
| E0116 | CRUTCH UNDERARM EACH NO WOOD | 2,663 | $50,212.18 |
| E0261 | HOSP BED SEMI-ELECTR W/O MAT | 82 | $10,250.00 |
| E2603 | SKIN PROTECT WC CUS WD <22IN | 18 | $2,131.86 |
| K0004 | HIGH STRENGTH LTWT WHLCHR | 126 | $1,873.06 |
| E0100 | CANE ADJUST/FIXED WITH TIP | 89 | $1,500.54 |
| K0006 | HEAVY DUTY WHEELCHAIR | 68 | $857.08 |
| E0260 | HOSP BED SEMI-ELECTR W/ MATT | 45 | $610.85 |
| E2601 | GEN W/C CUSHION WDTH < 22 IN | 14 | $122.87 |
| E2605 | POSITION WC CUSH WDTH <22 IN | 1 | $73.27 |
| K0195 | ELEVATING WHLCHAIR LEG RESTS | 30 | $61.27 |
| E0156 | WALKER SEAT ATTACHMENT | 6 | $37.05 |
| E0165 | COMMODE CHAIR WITH DETACHARM | 9 | $18.78 |
| K0005 | ULTRALIGHTWEIGHT WHEELCHAIR | 1 | $18.00 |
| E0600 | SUCTION PUMP PORTAB HOM MODL | 2 | $8.32 |
| | Totals | 77,095 | $5,437,283.26 |

## D. Overt Acts in Furtherance of the Conspiracy

23. Beginning on and about June 13, 2014, and continuing through on and about September 30, 2022, Defendant, **ELIZABETH SUE IVESTER**, submitted claims for 77,095 pieces of DME all allegedly ordered by M.L.S. resulted in payments from Georgia Medicaid for $5,437,283.26 for 7,684 Medicaid recipients.

24. Defendant, **ELIZABETH SUE IVESTER**, caused claims to be billed by Liberty Medical to the Georgia Medicaid program, where the equipment had not, in fact, been ordered by the indicated treating physician.

25. As a part of the scheme, on or about June 12, 2020, Defendant, **ELIZABETH SUE IVESTER**, submitted 562 DME claims for 63 Medicaid recipients totaling $37,731.96 identifying M.L.S. as the referring provider and stating that the DME was delivered by Liberty Medical.

26. As a part of the scheme, beginning on or about November 2, 2020, and continuing through on or about November 3, 2020, Defendant, **ELIZABETH SUE IVESTER**, submitted 1,982 DME claims for 391 recipients totaling $127,352.37 identifying M.L.S. as the referring provider and stating that the DME was delivered by Liberty Medical.

27. As a part of the scheme, on or about January 5, 2021, and on or about January 15, 2021, Defendant, **ELIZABETH SUE IVESTER**, submitted 1,831 DME claims for 332 Medicaid recipients totaling $116,411.53 identifying M.L.S. as the referring provider and stating that the DME was delivered by Liberty Medical.

28. As a part of the scheme, on or about April 15, 2021, and on or about May 26, 2021, Defendant, **ELIZABETH SUE IVESTER**, submitted 1,837 DME claims for 395 Medicaid recipients totaling $112,816.23 identifying M.L.S. as the referring provider and stating that the DME was delivered by Liberty.

29. As a part of the scheme, on or about March 1, 2022, and continuing to on or about March 2, 2022, Defendant, **ELIZABETH SUE IVESTER**, submitted 2,108 DME claims for 294 Medicaid recipients totaling $140,073.79 identifying M.L.S. as the referring provider and stating that the DME was delivered by Liberty Medical.

All in violation of Title 18, United States Code, Section 1349 i/c/w Title, 18 United States Code, Section 1347.

## COUNT TWO
### 18 U.S.C. § 1347 (a)(1)(2)
### Healthcare Fraud

1.  The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2.  The allegations contained in paragraphs 18 through 20 of the Manner and Means of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

    On and about August 14, 2020, in the Middle District of Georgia, the Defendant,

### ELIZABETH SUE INVESTER,

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient T.J.C., Medicaid Number XXXXXXXX5319, by M.L.S. and delivered by Liberty Medical, said claims being listed in Table 1, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

**Table 1: Recipient T.J.C. – Medicaid Number XXXXXXXX5319**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 6/12/2020 | E0705 | TRANSFER DEVICE | 8/17/2020 | $44.10 |
| 6/12/2020 | E0271 | MATTRESS INNERSPRING | 8/17/2020 | $162.43 |
| 6/12/2020 | E0143 | WALKER FOLDING WHEELED W/O S | 8/17/2020 | $89.13 |
| 6/12/2020 | E0241 | BATH TUB WALL RAIL | 8/17/2020 | $33.10 |
| 6/12/2020 | E0244 | TOILET SEAT RAISED | 8/17/2020 | $35.41 |
| 6/12/2020 | E0163 | COMMODE CHAIR WITH FIXED ARM | 8/17/2020 | $88.23 |
| 6/12/2020 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 8/17/2020 | $39.29 |
| 6/12/2020 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 8/17/2020 | $110.84 |
| 6/12/2020 | E0245 | TUB STOOL OR BENCH | 8/17/2020 | $56.75 |
| 6/12/2020 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 8/17/2020 | $18.86 |
| **Totals:** | **10** | | | **$678.14** |

## COUNT THREE
### 18 U.S.C. § 1347 (a)(1)(2)
### Healthcare Fraud

1.  The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2.  The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On and about August 14, 2020, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient K.L.S. – Medicaid Number XXXXXXXX5420, by M.L.S. and delivered

by Liberty Medical, said claims being listed in the Table 2, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

**Table 2: Recipient K.L.S. – Medicaid Number XXXXXXXX5420**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 6/12/2020 | E0244 | TOILET SEAT RAISED | 8/17/2020 | $35.41 |
| 6/12/2020 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 8/17/2020 | $110.84 |
| 6/12/2020 | E0163 | COMMODE CHAIR WITH FIXED ARM | 8/17/2020 | $88.23 |
| 6/12/2020 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 8/17/2020 | $18.86 |
| 6/12/2020 | E0271 | MATTRESS INNERSPRING | 8/17/2020 | $162.43 |
| 6/12/2020 | E0143 | WALKER FOLDING WHEELED W/O S | 8/17/2020 | $89.13 |
| 6/12/2020 | E0241 | BATH TUB WALL RAIL | 8/17/2020 | $33.10 |
| 6/12/2020 | E0705 | TRANSFER DEVICE | 8/17/2020 | $44.10 |
| 6/12/2020 | E0245 | TUB STOOL OR BENCH | 8/17/2020 | $56.75 |
| Total: | 9 | | | $638.85 |

## COUNT FOUR
### 18 U.S.C. § 1347 (a)(1)(2)
### Healthcare Fraud

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On and about December 4, 2020, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for

Medicaid recipient V.P.P. – Medicaid Number XXXXXXXX7806, by M.L.S. and delivered

by Liberty Medical, said claims being listed in Table 3, below, in violation of Title 18, United

States Code, Section 1347(a)(1) and (2):

**Table 3: Recipient V.P.P. – Medicaid Number XXXXXXXX7806**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 11/3/2020 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 12/7/2020 | $110.84 |
| 11/3/2020 | E0163 | COMMODE CHAIR WITH FIXED ARM | 12/7/2020 | $88.23 |
| 11/3/2020 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 12/7/2020 | $18.86 |
| 11/3/2020 | E0271 | MATTRESS INNERSPRING | 12/7/2020 | $162.43 |
| 11/3/2020 | E0244 | TOILET SEAT RAISED | 12/7/2020 | $35.41 |
| 11/3/2020 | E0705 | TRANSFER DEVICE | 12/7/2020 | $44.10 |
| 11/3/2020 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 12/7/2020 | $39.29 |
| 11/3/2020 | E0570 | NEBULIZER WITH COMPRESSION | 12/7/2020 | $90.50 |
| 11/3/2020 | E0245 | TUB STOOL OR BENCH | 12/7/2020 | $56.75 |
| 11/3/2020 | E0241 | BATH TUB WALL RAIL | 12/7/2020 | $33.10 |
| 11/3/2020 | E0143 | WALKER FOLDING WHEELED W/O S | 12/7/2020 | $89.13 |
| Totals: | 11 | | | $768.64 |

## COUNT FIVE
### 18 U.S.C. § 1347 (a)(1)(2)
### Healthcare Fraud

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this

   Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of

   this Indictment are incorporated by reference as if set forth fully herein.

   On an about December 4, 2020, in the Middle District of Georgia, the Defendant,

   **ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud,

by causing claims to be submitted to the Georgia Medicaid program, a health care benefit

program in connection with the payment for health care benefits, items and services, to wit:
by submitting fraudulent claims indicating that the listed DME had been ordered for
Medicaid recipient K.T.Z. – Medicaid Number XXXXXXXX7872, by M.L.S. and delivered
by Liberty Medical, said claims being listed in Table 4, below, in violation of Title 18, United
States Code, Section 1347(a)(1) and (2):

**Table 4: Recipient K.T.Z. – Medicaid Number XXXXXXXX7872**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 11/3/2020 | E0705 | TRANSFER DEVICE | 12/7/2020 | $44.10 |
| 11/3/2020 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 12/7/2020 | $39.29 |
| 11/3/2020 | E0245 | TUB STOOL OR BENCH | 12/7/2020 | $56.75 |
| 11/3/2020 | E0244 | TOILET SEAT RAISED | 12/7/2020 | $35.41 |
| 11/3/2020 | E0241 | BATH TUB WALL RAIL | 12/7/2020 | $33.10 |
| 11/3/2020 | E0143 | WALKER FOLDING WHEELED W/O S | 12/7/2020 | $89.13 |
| 11/3/2020 | E0271 | MATTRESS INNERSPRING | 12/7/2020 | $162.43 |
| 11/3/2020 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 12/7/2020 | $18.86 |
| 11/3/2020 | E0163 | COMMODE CHAIR WITH FIXED ARM | 12/7/2020 | $88.23 |
| 11/3/2020 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 12/7/2020 | $110.84 |
| 11/3/2020 | E0570 | NEBULIZER WITH COMPRESSION | 12/7/2020 | $90.50 |
| **Total:** | **11** | | | **$768.64** |

**COUNT SIX**
**18 U.S.C. § 1347 (a)(1)(2)**
**Healthcare Fraud**

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this
   Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of
   this Indictment are incorporated by reference as if set forth fully herein.

On and about February 12, 2021, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient S.M.P. – Medicaid Number XXXXXXXX3353, by M.L.S. and delivered by Liberty Medical, said claims being listed in Table 5, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

**Table 5: Recipient S.M.P. – Medicaid Number XXXXXXXX3353**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 1/5/2021 | E0271 | MATTRESS INNERSPRING | 2/15/2021 | $162.43 |
| 1/5/2021 | E0570 | NEBULIZER WITH COMPRESSION | 2/15/2021 | $90.50 |
| 1/5/2021 | E0705 | TRANSFER DEVICE | 2/15/2021 | $44.10 |
| 1/5/2021 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 2/15/2021 | $18.86 |
| 1/5/2021 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 2/15/2021 | $110.84 |
| 1/5/2021 | E0143 | WALKER FOLDING WHEELED W/O S | 2/15/2021 | $89.13 |
| 1/5/2021 | E0241 | BATH TUB WALL RAIL | 2/15/2021 | $33.10 |
| 1/5/2021 | E0244 | TOILET SEAT RAISED | 2/15/2021 | $35.41 |
| 1/5/2021 | E0245 | TUB STOOL OR BENCH | 2/15/2021 | $56.75 |
| 1/5/2021 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 2/15/2021 | $39.29 |
| 1/5/2021 | E0163 | COMMODE CHAIR WITH FIXED ARM | 2/15/2021 | $88.23 |
| Totals: | 11 | | | $768.64 |

<u>**COUNT SEVEN**</u>
**18 U.S.C. § 1347 (a)(1)(2)**
**Healthcare Fraud**

1.  The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On and about February 12, 2021, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient B.D.S. – Medicaid Number XXXXXXXX5078, by M.L.S. and delivered by Liberty Medical, said claims being listed in Table 6, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

**Table 6: Recipient B.D.S. – Medicaid Number XXXXXXXX5078**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 1/15/2021 | E0244 | TOILET SEAT RAISED | 2/15/2021 | $35.41 |
| 1/15/2021 | E0241 | BATH TUB WALL RAIL | 2/15/2021 | $33.10 |
| 1/15/2021 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 2/15/2021 | $110.84 |
| 1/15/2021 | E0245 | TUB STOOL OR BENCH | 2/15/2021 | $56.75 |
| **Total:** | **4** | | | **$236.10** |

**COUNT EIGHT**
**18 U.S.C. § 1347 (a)(1)(2)**
**Healthcare Fraud**

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On and about June 18, 2021, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting claims indicating that the listed DME had been ordered for Medicaid recipient R.W. – Medicaid Number XXXXXXXX5449, by M.L.S. and delivered by Liberty Medical, said claims being listed in Table 7, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

**Table 7: Recipient R.W. – Medicaid Number XXXXXXXX5449**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 4/15/2021 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 6/21/2021 | $110.84 |
| 4/15/2021 | E0245 | TUB STOOL OR BENCH | 6/21/2021 | $56.75 |
| 4/15/2021 | E0244 | TOILET SEAT RAISED | 6/21/2021 | $35.41 |
| 4/15/2021 | E0241 | BATH TUB WALL RAIL | 6/21/2021 | $33.10 |
| **Total:** | **4** | | | **$236.10** |

**COUNT NINE**
**18 U.S.C. § 1347 (a)(1)(2)**
**Healthcare Fraud**

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On and about June 18, 2021, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient J.M. – Medicaid Number XXXXXXXX5547, by M.L.S. and delivered by Liberty Medical, said claims being listed in Table 8, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

### Table 8: Recipient J.M. – Medicaid Number XXXXXXXX5547

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 5/26/2021 | E0244 | TOILET SEAT RAISED | 6/21/2021 | $35.41 |
| 5/26/2021 | E0241 | BATH TUB WALL RAIL | 6/21/2021 | $33.10 |
| 5/26/2021 | E0271 | MATTRESS INNERSPRING | 6/21/2021 | $162.43 |
| 5/26/2021 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 6/21/2021 | $110.84 |
| 5/26/2021 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 6/21/2021 | $18.86 |
| 5/26/2021 | E0163 | COMMODE CHAIR WITH FIXED ARM | 6/21/2021 | $88.23 |
| 5/26/2021 | E0143 | WALKER FOLDING WHEELED W/O S | 6/21/2021 | $89.13 |
| 5/26/2021 | E0245 | TUB STOOL OR BENCH | 6/21/2021 | $56.75 |
| 5/26/2021 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 6/21/2021 | $39.29 |
| 5/26/2021 | E0705 | TRANSFER DEVICE | 6/21/2021 | $44.10 |
| 5/26/2021 | E0570 | NEBULIZER WITH COMPRESSION | 6/21/2021 | $90.50 |
| **Totals:** | **11** | | | **$768.64** |

## COUNT TEN
## 18 U.S.C. § 1347 (a)(1)(2)
## Healthcare Fraud

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On and about September 30, 2022, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient C.D.H. – Medicaid Number XXXXXXXX4002, by M.L.S. and delivered by Liberty Medical, said claims being listed in Table 9, below, in violation of Title 18, United States Code, Section 1347(a)(1) and (2):

**Table 9: Recipient C.D.H. – Medicaid Number XXXXXXXX4002**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 3/2/2022 | E0245 | TUB STOOL OR BENCH | 10/3/2022 | $56.75 |
| 3/2/2022 | E0570 | NEBULIZER WITH COMPRESSION | 10/3/2022 | $90.50 |
| 3/2/2022 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 10/3/2022 | $39.29 |
| 3/2/2022 | E0244 | TOILET SEAT RAISED | 10/3/2022 | $35.41 |
| 3/2/2022 | E0241 | BATH TUB WALL RAIL | 10/3/2022 | $33.10 |
| 3/2/2022 | E0143 | WALKER FOLDING WHEELED W/O S | 10/3/2022 | $89.13 |
| 3/2/2022 | E0271 | MATTRESS INNERSPRING | 10/3/2022 | $162.43 |
| 3/2/2022 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 10/3/2022 | $18.86 |
| 3/2/2022 | E0163 | COMMODE CHAIR WITH FIXED ARM | 10/3/2022 | $88.23 |
| 3/2/2022 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 10/3/2022 | $110.84 |
| 3/2/2022 | E0705 | TRANSFER DEVICE | 10/3/2022 | $44.10 |
| Totals: | 11 | | | $768.64 |

## COUNT ELEVEN
### 18 U.S.C. § 1347 (a)(1)(2)
### Healthcare Fraud

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of this Indictment are incorporated by reference as if set forth fully herein.

On an about September 30, 2022, in the Middle District of Georgia, the Defendant,

**ELIZABETH SUE INVESTER,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud, by causing claims to be submitted to the Georgia Medicaid program, a health care benefit program in connection with the payment for health care benefits, items and services, to wit: by submitting fraudulent claims indicating that the listed DME had been ordered for Medicaid recipient J.R.E. – Medicaid Number XXXXXXXX2189, by M.L.S. and delivered

by Liberty Medical, said claims being listed in Table 10, below, in violation of Title 18,

United States Code, Section 1347(a)(1) and (2):

### Table 10: Recipient J.R.E. – Medicaid Number XXXXXXXX2189

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 3/2/2022 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 10/3/2022 | $110.84 |
| 3/2/2022 | E0163 | COMMODE CHAIR WITH FIXED ARM | 10/3/2022 | $88.23 |
| 3/2/2022 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 10/3/2022 | $18.86 |
| 3/2/2022 | E0271 | MATTRESS INNERSPRING | 10/3/2022 | $162.43 |
| 3/2/2022 | E0143 | WALKER FOLDING WHEELED W/O S | 10/3/2022 | $89.13 |
| 3/2/2022 | E0241 | BATH TUB WALL RAIL | 10/3/2022 | $33.10 |
| 3/2/2022 | E0244 | TOILET SEAT RAISED | 10/3/2022 | $35.41 |
| 3/2/2022 | E0245 | TUB STOOL OR BENCH | 10/3/2022 | $56.75 |
| 3/2/2022 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 10/3/2022 | $39.29 |
| 3/2/2022 | E0705 | TRANSFER DEVICE | 10/3/2022 | $44.10 |
| 3/2/2022 | E0570 | NEBULIZER WITH COMPRESSION | 10/3/2022 | $90.50 |
| **Totals:** | **11** | | | **$768.64** |

## COUNT TWELVE
### 18 U.S.C. § 1347 (a)(1)(2)
### Healthcare Fraud

1. The allegations contained in paragraphs 1 through 13 of the General Introduction of this

   Indictment are incorporated by reference as if set forth fully herein.

2. The allegations contained in paragraphs 18 through 20 of the Manner of Conspiracy of

   this Indictment are incorporated by reference as if set forth fully herein.

   On and about September 30, 2022, in the Middle District of Georgia, the Defendant,

### ELIZABETH SUE INVESTER,

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud,

by causing claims to be submitted to the Georgia Medicaid program, a health care benefit

program in connection with the payment for health care benefits, items and services, to wit:

by submitting fraudulent claims indicating that the listed DME had been ordered for

Medicaid recipient J.C.H. – Medicaid Number XXXXXXXX2802, by M.L.S. and delivered

by Liberty Medical, said claims being listed in Table 11, below, for in violation of Title 18,

United States Code, Section 1347(a)(1) and (2):

**Table 11: Recipient J.C.H. – Medicaid Number XXXXXXXX2802**

| Date of Service | HCPCS | HCPCS Description | Date of Payment | Amount Paid |
|---|---|---|---|---|
| 3/2/2022 | E0271 | MATTRESS INNERSPRING | 10/10/2022 | $162.43 |
| 3/2/2022 | E0246 | TRANSFER TUB RAIL ATTACHMENT | 10/10/2022 | $110.84 |
| 3/2/2022 | E0116 | CRUTCH UNDERARM EACH NO WOOD | 10/10/2022 | $18.86 |
| 3/2/2022 | E0143 | WALKER FOLDING WHEELED W/O S | 10/10/2022 | $89.13 |
| 3/2/2022 | E0241 | BATH TUB WALL RAIL | 10/10/2022 | $33.10 |
| 3/2/2022 | E0244 | TOILET SEAT RAISED | 10/10/2022 | $35.41 |
| 3/2/2022 | E0245 | TUB STOOL OR BENCH | 10/10/2022 | $56.75 |
| 3/2/2022 | E0105 | CANE ADJUST/FIXED QUAD/3 PRO | 10/10/2022 | $39.29 |
| 3/2/2022 | E0705 | TRANSFER DEVICE | 10/10/2022 | $44.10 |
| 3/2/2022 | E0570 | NEBULIZER WITH COMPRESSION | 10/10/2022 | $90.50 |
| 3/2/2022 | E0163 | COMMODE CHAIR WITH FIXED ARM | 10/10/2022 | $88.23 |
| **Totals:** | **11** | | | **$768.64** |

**COUNT THIRTEEN**
**18 U.S.C. § 1028A**
**Aggravated Identity Theft**

On and about August 14, 2020, in the Macon Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE**

**INVESTER,** did knowingly possess and use, without lawful authority, a means of

identification of T.J.C., that is his Medicaid Number XXXXXXXX5319, during and in

relation to the felony offense, that is the offense alleged in Count Two of this indictment,

knowing that the means of identification belonged to another actual person; all in violation of

Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOURTEEN
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about August 14, 2020, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of K.L.S., that is her Medicaid Number XXXXXXXX5420, during and in relation to the felony offense, that is the offense alleged in Count Three of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIFTEEN
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about December 4, 2020, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of V.P.P., that is his Medicaid Number XXXXXXXX7806, during and in relation to the felony offense, that is the offense alleged in Count Four of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIXTEEN
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about December 4, 2020, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH**

**SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of K.T.Z., that is her Medicaid Number XXXXXXXX7872, during and in relation to the felony offense, that is the offense alleged in Count Five of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SEVENTEEN
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about February 12, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of S.M.P., that is his Medicaid Number XXXXXXXX3353, during and in relation to the felony offense, that is the offense alleged in Count Six of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT EIGHTTEEN
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about February 12, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of B.D.S., that is his Medicaid Number XXXXXXXX5078, during and in relation to the felony offense, that is the offense alleged in Count Seven of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT NINETEEN
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about June 18, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of R.W., that is her Medicaid Number XXXXXXXX5449, during and in relation to the felony offense, that is the offense alleged in Count Eight of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWENTY
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about June 18, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of J.M., that is his Medicaid Number XXXXXXXX5547, during and in relation to the felony offense, that is the offense alleged in Count Nine of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWENTY-ONE
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about September 30, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH**

**SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of C.D.H., that is his Medicaid Number XXXXXXXX4002, during and in relation to the felony offense, that is the offense alleged in Count Ten of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWENTY-TWO
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about September 30, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of J.R.E., that is her Medicaid Number XXXXXXXX2189, during and in relation to the felony offense, that is the offense alleged in Count Eleven of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWENTY-THREE
### 18 U.S.C. § 1028A
### Aggravated Identity Theft

On and about September 30, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant, **ELIZABETH SUE INVESTER,** did knowingly possess and use, without lawful authority, a means of identification of J.C.H., that is his Medicaid Number XXXXXXXX2802, during and in relation to the felony offense, that is the offense alleged in Count Twelve of this indictment, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

Presented by:

TARREA D. WILLIAMS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __14__ day of May, 2025.

_____
Deputy Clerk