IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | CASE NO.: 5:25-CR-19 |
| v. | : | |
| | : | |
| **ELIZABETH SUE IVESTER,** | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE TRIAL

COMES NOW, Elizabeth Sue Ivester ("Mr. Ivester"), through counsel, and respectfully requests this Honorable Court enter an order granting a continuance of her trial date, presently set for July 21, 2025. Furthermore, Counsel moves, pursuant to the Federal Rules of Criminal Procedure Rule 12(c), that this Honorable Court grant an extension of the pre-trial motions filing deadline. In support of said request, Counsel submits the following:

1.

Ms. Ivester is charged in a twenty-three-count indictment all stemming from an alleged health care fraud conspiracy in violation of 18 U.S.C. § 1349, 18 U.S.C. § 1347(a)(1)(2), and 18 U.S.C. § 1028A, with the alleged acts spanning from June 13, 2014, and continuing until on or about September 30, 2022.

2.

The United States of America filed the above-captioned indictment on May 14, 2025, and Ms. Ivester was arrested and arraigned on June 17, 2025.

3.

The discovery in this matter is voluminous and is still being prepared by the Government's

lead attorney, and there is an anticipated joint motion to declare this case complex with a request to specially set this matter for trial.

4.

These matters require additional time to investigate and research that needs to be completed before proceeding to trial.

5.

The Government joins in this request for a continuance.

6.

18 U.S.C. § 3161(h)(8)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence. The factors that a judge shall consider in determining whether to grant a continuance are found at 18 U.S.C. § 3161(h)(8)(B)(iv). One such factor is whether the denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7.

In light of the complexity of this case, and the need to conduct additional research and investigation, undersigned Counsel submits that the interests of justice will be served by the granting of a continuance. Further, she submits that the denial of a continuance in the present case would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**WHEREFORE,** Ms. Ivester respectfully requests that the Court continue the trial date from July 21, 2025, until a date certain is set for trial following the anticipation of the case being declared complex.

                                                              Respectfully submitted,

                                                              */s/ P. MacKenzie Miller*
                                                              P. MACKENZIE MILLER
                                                              State Bar No. 596617
                                                              Hogue – Griffin
                                                              P.O. Box 1795
                                                              Macon, GA 31202-1795
                                                              P: (478) 750-8040
                                                              mackenzie@hoguegriffin.com

                                                              Attorney for Elizabeth Sue Ivester

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | **CASE NO.: 5:25-CR-19** |
| **v.** | : | |
| | : | |
| **ELIZABETH SUE IVESTER,** | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2025, I electronically filed the foregoing Motion to Continue with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the designated Government's attorney.

        Respectfully submitted,

        */s/ P. MacKenzie Miller*
        P. MACKENZIE MILLER
        State Bar No. 596617
        Hogue – Griffin
        P.O. Box 1795
        Macon, GA 31202-1795
        P: (478) 750-8040
        mackenzie@hoguegriffin.com

        Attorney for Elizabeth Sue Ivester