# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:25-CR-19 (MTT) |
| | ) |
| **ELIZABETH SUE IVESTER,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 17.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 17) is **GRANTED**. The case is continued from the July term until the Court's next trial term presently scheduled for **September 22, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 30th day of June, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT